LJF:VHT
F. #2007R00147

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOSE FERREIRA,

              Defendant.

- - - - - - - - - - - - - - - - - X

**I N D I C T M E N T**

Cr. No. _____

(T. 18, U.S.C.,
§§ 201(b)(2)(C),
1791(a)(1), 1791(b)(4),
1791(b)(5), 2243(b)(1),
2243(b)(2) and 3551 et
seq.)

**CR 08 323**

**BLOCK, J.**

**GOLD, M.J.**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 14 2008 ★

BROOKLYN OFFICE

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Bribery of a Public Official)

In or about and between January 2006 and December 2006, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JOSE FERREIRA, a public official, to wit: a correction officer at the Federal Bureau of Prisons, Metropolitan Detention Center, Brooklyn, New York, directly and indirectly, did knowingly, intentionally and corruptly demand, seek, receive, accept and agree to receive and accept something of value, to wit: United States currency, personally, in return for his being induced to do and omit to do one or more acts in violation of his official duty.

(Title 18, United States Code, Sections 201(b)(2)(C) and 3551 et seq.)

<u>COUNT TWO</u>
(Providing Contraband in Prison)

In or about and between January 2006 and November 2006, both dates being approximate and inclusive, within the Eastern District of New York, the defendant JOSE FERREIRA did knowingly and intentionally provide to an inmate of a prison one or more prohibited objects, to wit: an alcoholic beverage, a digital music player and a compact disc containing pornography, in violation of a statute and a rule and order issued under a statute.

(Title 18, United States Code, Sections 1791(a)(1), 1791(b)(4), 1791(b)(5) and 3551 <u>et</u> <u>seq</u>.)

<u>COUNT THREE</u>
(Abusive Sexual Contact)

In or about and between November 2004 and July 2005, both dates being approximate and inclusive, within the Eastern District of New York, the defendant JOSE FERREIRA did knowingly and intentionally engage in one or more sexual acts in a Federal prison with another person who was in official detention and

under the defendant's custodial, supervisory and disciplinary authority.

(Title 18, United States Code, Sections 2243(b)(1), 2243(b)(2) and 3551 et seq.)

A TRUE BILL

FOREPERSON

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F. #2006R00016

FORM DBD-34

JUN. 85

*No.*

# UNITED STATES DISTRICT COURT

## EASTERN *District of* NEW YORK

## CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

**JOSE FERREIRA,**

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 201(b)(2)(C), 1791(a)(1), 1791(b)(4),1791(b)(5), 2243(b)(1), 2243(b)(2) and 3551 et seq.)

*A true bill.*

_____

*Foreman*

*Filed in open court this* ___May_____ *day,*

*of* _Th_____ *A.D. 20* 08 __

_____

*Clerk*

*Bail, $* _____

*Valerie H. Tocci , Special  Assistant  U.S. Attorney (718-254-6465)*

Case 1:08-cr-00323-FB   Document 10   Filed 05/14/08   Page 4 of 4 PageID #: 19