# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

September 8, 2010

Hon. Frederic Block
Senior Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

**RE:   United States v. Jose Ferreira, 08 CR 323 (FB)**

Your Honor:

Mr. Ferreira, who is presently on supervised release, has requested that pretrial services return his passport to him. Mr. Ferreira has no identification and needs the passport to obtain a driver's license. Mr. Ferriera therefore requests that the Court order pretrial services to return his passport to him for that purpose, with the understanding that Mr. Ferreira will return the passport to pretrial services once he has applied for his license. AUSA Michael Yaeger and Mr. Ferreira's supervising probation officer, John Danielo have consented to this application.

Thank you for your attention to this matter.

Respectfully yours,

Michael K. Schneider, Esq.
Attorney for Mr. Ferreira
(718) 330-1161

cc:   Clerk of the Court [by ECF]
AUSA Michael Yaeger
Pretrial Services
U.S. Probation Officer John Danielo
Mr. Jose Ferreira